IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Kenneth R. Cleland, Jr. | ) | Bankruptcy Case No. |
| SSN: xxx-xx-6372 | ) | |
| 281 County Road 289 | ) | 13-41958-JJR-7 |
| Collinsville, Alabama 35961 | ) | |
| | ) | Chapter 7 |
| Debtor(s). | ) | |

### TRUSTEE'S NOTICE OF INTENT TO SELL

Notice is hereby given that the Trustee, Rocco J. Leo, intends to sell the Estate's interest, if any, in the business inventory (auto parts) and forklift listed in Schedule B of the Debtor's Petition and hereinafter referred to as the "Property", as follows:

1. The Debtor filed a Petition for Relief under Chapter 7 of Title 11 of the United States Code on November 6, 2013.

2. Rocco J. Leo is the duly appointed Trustee in the above-styled case.

3. The Bankruptcy Estate's interest in the Property will be sold to Associate Jobbers Warehouse, Inc. for a purchase price of $5,000.00.

4. The Trustee proposes to issue documents of conveyance to the above-referenced interest in the Property as may be appropriate, conveying the Trustee's or Estate's right, title and interest in the Property.

5. The Property is sold "As Is" and "Where Is" with no warranty of any type whatsoever.

6. The Trustee requests that the stay set forth in Federal Bankruptcy Rule of Procedure 6004(h) be waived so that the sale can take place immediately, if approved.

7. IF YOU CLAIM A LIEN ON OR INTEREST IN ANY OF THE PROPERTY AND

<u>IT IS NOT SET FORTH HEREIN ABOVE YOU SHOULD IMMEDIATELY MAKE SUCH LIEN OR INTEREST KNOWN TO THE TRUSTEE AND THE COURT. THIS PROPOSED SALE MAY AFFECT YOUR RIGHTS UNDER TITLE 11 UNITED STATES CODE SECTION 363</u>.

Wherefore, upon the above-stated premises, the Trustee requests this Court enter an Order approving the sale as described above.

Dated this 4th day of February, 2014.

*/s/ Max C. Pope, Jr.*

Max C. Pope, Jr.
Joy Beth Smith
Attorneys for Trustee, Rocco J. Leo
Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2014, I have served a copy of the foregoing **Trustee's Notice of Intent to Sell** on the parties listed below and on the attached matrix by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Served Via Electronic Mail:**
Robert J. Landry, III
Robert_Landry@alnba.uscourts.gov
Bankruptcy Administrator
1129 Noble Street, Room 117
Anniston, Alabama 36201

David Lee Jones
dljjmr@bellsouth.net
Jones and Milwee, L.L.C.
Post Office Box 940
Guntersville, Alabama 35976-0940

Robert D. McWhorter, Jr.
rdmcwhorter@bellsouth.net
Inzer, Haney & McWhorter, P.A.
Post Office Box 287
Gadsden, AL 35902-0287

**Served via Notice of Electronic Filing:**
Rocco J. Leo
rleo@leoandoneal.com
Leo & O'Neal
3250 Independence Dr.
Birmingham, AL 35209-4141

Thomas McAllister Semmes
FedECF1@semmeslaw.com
Legal Clinic of Semmes & Semmes
1207 Noble St.
Anniston, AL 36201

**All Parties on the attached matrix were served via U.S. Mail.**

/s/ Max C. Pope, Jr.
Max C. Pope, Jr.
Joy Beth Smith

3

```
Label Matrix for local noticing          Associate Jobbers Warehouse, Inc. a corporat   U. S. Bankruptcy Court
1126-1                                   c/o David Lee Jones                            1129 Noble Street, Room 117
Case 13-41958-JJR7                       P.O. Box 940                                   Anniston, AL 36201-4674
NORTHERN DISTRICT OF ALABAMA             Guntersville, AL 35976-0940
Anniston
Tue Feb  4 12:28:49 CST 2014

ADT SECURITY SERVICES                    ALABAMA DEPARTMENT OF REVENUE                  Alabama Publishing
PO BOX 650485                            SALES TAX DIVISION                             3049 Steele Station Road
DALLAS TX  75265-0485                    50 NORTH RIPLEY STREET                         Rainbow City, AL 35906-8722
                                         MONTGOMERY AL  36104


Alexander Dodge Chrysler Jeep            Associate Jobbers Warehouse                    Associate Jobbers Warehouse, Inc.
6764 U.S. Highway 431                    1309 Industrial Blvd                           c/o David Lee Jones
Albertville, AL 35950-1819               Boaz, AL 35957-1036                            P.O. Box 940
                                                                                        Guntersville, AL 35976-0940


Auto Electric & Carburetor               Autozone Parts, inc.                           (p)BANK OF AMERICA
dba SOUTHERN DISTRIBUTORS                123 South Front Street                         PO BOX 982238
P.O. BOX 12446                           Memphis, TN 38103-3618                         EL PASO TX 79998-2238
BIRMINGHAM, AL 35202-2446


COLLINSVILLE WATER &                     Capital One                                    Capital One Bank (USA), N.A.
SEWER BOARD                              PO BOX 30285                                   PO Box 71083
P.O. BOX 377                             RICHMOND, VA 23285                             Charlotte, NC  28272-1083
COLLINSVILLE, AL 35961-0377


Coface Collections North America, Inc.   Contemporary Concepts                          DEKALB COUNTY, ALABAMA
P.O. Box 1389                            P.O. Box 890457                                SALES TAX DIVISION
Kenner, LA 70063-1389                    Charlotte, NC 28289-0457                       111 Grand Avenue SW Suite 112
                                                                                        Fort Payne, AL 35967-1991


DELBERT SERVICES CORPORATION             Dekalb Cherokee Counties Gas District          Fort Payne Times Journal
C O WEINSTEIN,PINSON AND RILEY, PS       P.O. Box 680376                                P.O. Box 680349
2001 WESTERN AVENUE, STE 400             Fort Payne, AL 35968-1604                      Fort Payne, AL 35968-1604
SEATTLE, WA 98121-3132


HFC                                      INTERNAL REVENUE SERVICE*                      INTERSTATE BATTERIES
PO BOX 9068                              PO BOX 7346                                    OF NORTH CENTRAL ALABAMA
BRANDON, FL 33509-9068                   PHILADELPHIA PA  19101-7346                    P.O. BOX 7010
                                                                                        RAINBOW CITY, AL 35906-7010


KDAR Company                             KENNETH R CLELAND, JR.                         Kimball Midwest
1 Mulch Lane                             281 COUNTY ROAD 289                            Dept. L-2780
St. Louis, MO 63044-2465                 COLLINSVILLE, AL 35961                         Columbus, OH 43260-0001


LIBERTY BANK                             Legal Clinic of Semmes and Semmes              MIBS
113 MAIN STREET                          1207 Noble Street                              3652 East Forge Road
COLLINSVILLE, AL  35961                  Anniston, AL 36201-4640                        Davie, FL 33328-2618
```

| | | |
|---|---|---|
| Main Street Business Loans, LLC<br>45 Belden Place, 2nd Floor<br>San Francisco, CA 94104-2808 | Mountain Valley News<br>P.O. Box 765<br>Rainsville, AL 35986-0765 | NACM SOUTHWEST<br>1915 WESTRIDGE DRIVE<br>IRVING, TX 75038-2902 |
| ONEMAIN FINANCIAL<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 140069<br>IRVING, TX 75014-0069 | REGION/AMS<br>PO BOX 11007<br>BIRMINGHAM, AL 35288-0001 | SLATE FROM CHASE<br>PO BOX 15123<br>WILMINGTON, DE 19850-5123 |
| SPRINGLEAF<br>PO BOX 64<br>EVANSVILLE, IN 47701-0064 | STATE OF ALABAMA<br>DEPT OF REVENUE<br>LEGAL DIVISION<br>P O BOX 32001<br>MONTGOMERY AL 36132-0001 | Sand Mountain Electric Cooperative<br>P.O. Box 277<br>Rainsville, AL 35986-0277 |
| TDS Telecom<br>P.O. Box 608<br>Lancaster, WI 53813-0608 | TOWN OF COLLINSVILLE<br>39 POST OFFICE STREET<br>COLLINSVILLE, AL 35961 | TOWN OF COLLINSVILLE, SALES TAX DEPT<br>ALABAMA DEPARTMENT OF REVENUE<br>SALES TAX DIVISION<br>50 NORTH RIPLEY STREET<br>MONTGOMERY AL 36104 |
| UPS<br>P.O. Box 42086<br>Philadephia, PA 19101 | US Attorney<br>1801 4th Ave N<br>Birmingham AL 35203-2101 | Western Sky Financial<br>c/o Cash Call<br>P.O. Box 66007<br>Anaheim, CA 92816-6007 |
| Rocco J Leo<br>Leo and O'Neal<br>3250 Independence Drive, Ste 201<br>Birmingham, AL 35209-4187 | Thomas M Semmes<br>Legal Clinic of Semmes and Semmes<br>1207 Noble Street<br>Anniston, AL 36201-4640 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| BANK OF AMERICA<br>P.O. BOX 982238<br>EL PASO, TX 79998-2238 | (d)BANK OF AMERICA, N.A.<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Kenneth R Cleland Jr.
281 County Road 289
Collinsville, AL 35961

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47